**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00576-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     NOE LOPEZ-LOPEZ,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing regarding Defendant Noe Lopez-Lopez is set **Wednesday, December 22, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present. An interpreter is required.

Dated: November 24, 2010