**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  10-cr-00576-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     NOE LOPEZ-LOPEZ,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 12 - filed December 8, 2010), the status/scheduling hearing regarding Defendant Noe Lopez-Lopez set **Wednesday, December 22, 2010 is VACATED**.

     This will further confirm that a change of plea hearing is set **February 1, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.  An interpreter is required.

Dated:  December 22, 2010
___